## LA MANNA, AZEMA & FARNAN v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. January 26, 1906.)

### No. 65 (3,443).

CUSTOMS DUTIES — CLASSIFICATION — RECIPROCITY — ALCOHOL IN PRESERVED FRUIT—"SPIRITS."

The reciprocal commercial agreement with France (30 Stat. 1774), negotiated under Tariff Act July 24, 1897, c. 11, § 3, 30 Stat. 203 [U. S. Comp. St. 1901, p. 1690], which allows a reduction of duty on "brandies or other spirits," held to supersede the provision of a different rate by Schedule G, § 1, par. 263, of said act (30 Stat. 171 [U. S. Comp. St. 1901, p. 1651]), on the alcohol in excess of 10 per cent. found in fruit preserved in spirits.

Appeal from the Circuit Court of the United States for the Southern District of New York.

In the decision below the Circuit Court affirmed without opinion a decision of the Board of United States General Appraisers, which had affirmed the assessment of duty as to excess alcohol surrounding cherries imported under the provisions of the tariff act of 1897 by the collector of customs at the port of New York. The subject of the controversy consisted of fruit preserved in spirits, imported from France. The collector imposed thereon a duty of 35 per cent. ad valorem, with an additional duty of $2.50 per proof gallon on the alcohol found in the goods in excess of 10 per cent., under the provisions of Tariff Act July 24, 1897, c. 11, Schedule H, § 1, par. 263, 30 Stat. 171 [U. S. Comp. St. 1901, p. 1651], the pertinent part of which reads as follows: "Fruits preserved in * * * spirits, * * * if containing over ten per cent. of alcohol and not specially provided for in this act, thirty-five per centum ad valorem and in addition two dollars and fifty cents per proof gallon on the alcohol contained therein in excess of ten per centum." The importers contended that the rate on the alcohol should have been $1.75 per proof gallon, on the ground that said paragraph was superseded, so far as it relates to alcohol, by the reciprocal commercial agreement with France (30 Stat. 1774) negotiated under section 3 of said act (30 Stat. 203 [U. S. Comp. St. 1901, p. 1690]), which contains this provision: "On brandies, or other spirits manufactured or distilled from grain or other materials, one dollar and seventy-five cents per gallon."

Comstock & Washburn (Albert H. Washburn, of counsel), for importers.

D. Frank Lloyd, Asst. U. S. Atty.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The decision of the court below is reversed, upon the authority of U. S. v. Wile, 130 Fed. 331, 64 C. C. A. 577.